

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2022

No. 04-22-00814-CV

**IN THE INTEREST OF A.A.A.**, minor child

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2020-FLD-001240-D3
Honorable Selina Nava Mireles, Judge Presiding

# O R D E R

On December 5, 2022, appellant A.K.T. filed a notice of appeal challenging an order terminating her parental rights. The clerk's record shows the trial court signed the order of termination on May 6, 2022. An appeal from an order terminating a parent-child relationship is governed by the rules of appellate procedure for accelerated appeals. TEX. R. APP. P. 28.4(a); *see also* TEX. FAM. CODE §109.002(a-1). In an accelerated appeal, the notice of appeal must be filed within twenty days after the judgment or order being appealed is signed, and this deadline is not extended by the filing of a post-judgment motion. TEX. R. APP. P. 26.1(b); *In re K.A.F.*, 160 S.W.3d 923, 928 (Tex. 2005); *In re L.R.S.*, No. 04-20-00507-CV, 2020 WL 7365444, at *1 (Tex. App.—San Antonio Dec. 16, 2020, no pet.) (mem. op.) (citing *In re G.S.*, No. 04-17-00237-CV, 2017 WL 2457052, at *1 (Tex. App.—San Antonio June 7, 2017, no pet.) (mem. op.)). As a result, A.K.T.'s notice of appeal was due by May 26, 2022, or her notice of appeal and motion for extension of time to file the notice of appeal was due fifteen days later. TEX. R. APP. P. 26.1, 26.3; *In re K.A.F.*, 160 S.W.3d at 928; *In re L.R.S.*, 2020 WL 7365444, at *1; *In re G.S.*, 2017 WL 2457052, at *1.

Because A.K.T. did not file her notice of appeal until December 5, 2022, it appears late. We therefore order A.K.T. to show cause in writing **by January 5, 2023** why this appeal should not be dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 26.1(b). If appellant fails to respond within the time provided, the appeal will be dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3; *In re K.A.F.*, 160 S.W.3d at 928 (affirming court of appeals dismissing parental termination for lack of jurisdiction when notice of appeal was untimely filed); *In re L.R.S.*, 2020 WL 7365444, at *1 (dismissing parental termination for lack of jurisdiction after notice of appeal was filed almost three months after order of termination was signed); *In re G.S.*, 2017 WL 2457052, at *1 (dismissing parental termination after notice of appeal was filed forty-four days after order of termination was signed). If a supplemental clerk's record is required to establish this court's jurisdiction, A.K.T. must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

It is so **ORDERED** December 21, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT